IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CONN, ROBERT M.  
       CONN, MARGARET CIARA

CHAPTER 7  
CASE NO: 05-07191-EE

### RULE 3011 LIST OF UNCLAIMED FUNDS CLAIMANTS AND AMOUNTS

COMES NOW, Tylvester O. Goss, Trustee, pursuant to Rule 3010(a) and 3011, FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to wit:

| CLAIMANT'S NAME | CLAIMANT'S ADDRESS | AMOUNT |
|---|---|---|
| BankPlus | 400 Concourse, Suite 100<br>1068 Highland Colony Pkwy.<br>Ridgeland, MS 39157 | $1,496.29<br>$ 163.65 |

A true and correct copy of the checks reflecting that check numbers 104 and 105 were issued to the above-named company is attached hereto and incorporated herein as Exhibit "A".

WHEREFORE, PREMISES CONSIDERED, Tylvester O. Goss, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

RESPECTFULLY SUBMITTED,

_____  
TYLVESTER O. GOSS, TRUSTEE

Tylvester O. Goss  
Chapter 7 Trustee  
1441 Lakeover Road  
Jackson, MS 39213  
(601) 981-2800  
MS. BAR NO. 4920

## CERTIFICATE OF SERVICE

I, TYLVESTER O. GOSS, do hereby certify that I have this date served, via United States Mail, postage prepaid or by Notice of Electronic Filing via the e-mail address on file with the Court's CM/ECF system, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following:

> United States Trustee
> 100 W. Capitol Street
> Suite 706
> Jackson, MS 39269
>
> Robert Rex McRaney, Esq.
> McRaney & McRaney
> P.O. Drawer 1397
> Clinton, MS 39060
>
> BankPlus
> 400 Concourse, Suite 100
> 1068 Highland Colony Pkwy.
> Ridgeland, MS 39157

This the 30th day of May, 2007.

TYLVESTER O. GOSS





